[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Rush v. Univ. of Cincinnati Physicians, Inc.,* Slip Opinion No. 2017-Ohio-2896.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-2896

RUSH, ET AL., APPELLANTS, *v.* UNIVERSITY OF CINCINNATI PHYSICIANS, INC., ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Rush v. Univ. of Cincinnati Physicians, Inc.,* Slip Opinion No. 2017-Ohio-2896.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2016-0636—Submitted May 3, 2017—Decided May 22, 2017.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-150309, 2016-Ohio-947.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and, KENNEDY, O'NEILL, FISCHER, and SINGER, JJ., concur.

O'DONNELL and FRENCH, JJ., dissent and would affirm the judgment of the court of appeals.

ARLENE SINGER, J., of the Sixth District Court of Appeals, sitting for DeWINE, J.

————————————

The Becker Law Firm, L.P.A., Michael F. Becker, and David W. Skall; and Paul W. Flowers Co., L.P.A., and Paul W. Flowers, for appellants.

Reminger Co., L.P.A., and Mark A. MacDonald, for appellees.

Murray & Murray Co., L.P.A., and Margaret M. Murray, urging reversal for amicus curiae, the Ohio Association for Justice.

————————————